## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard Lipetz | : CHAPTER 13 |
| xxx-xx-6204 | : |
| 606 Pinney Road | : NO. 09-19359ELF |
| Huntington Valley PA 19006 | : HEARING DATE: |
| | : TIME: |
| Debtor | : LOCATION : COURTROOM NO. |
| | : ROBERT N.C. NIX FEDERAL CTHSE. |
| | 900 MARKET ST., 2ND FLOOR |
| | PHILADELPHIA, PA 19106 |

### ORDER

AND NOW, this 18th day of Dec., 2009, it is hereby ORDERED that the Debtor, Richard Lipetz, shall be granted an additional period of time, ~~not to exceed~~ ~~days~~ or until Jan. 4, 2010, in which to file schedules, statement of affairs, Chapter 13 Plan, and other documents (if any) as a part of the Debtor's Petition in Bankruptcy.

BY THE COURT:

_____
Hon. Eric L. Frank
United States Bankruptcy Judge