**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    Richard Lipetz<br>                    Debtor | Chapter 13 |
| | Case No.: 09-19359-ELF |
| Litton Loan Servicing, LP as servicing agent for Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee under the Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-NC1,<br>                    Movant,<br>vs.<br>Richard Lipetz,    Debtor / Respondent,<br>and<br>William C. Miller,    Trustee / Respondent. | Related to Document No.: 18 |

**CERTIFICATION OF SERVICE**

    Renee C. Royer, Esquire counsel for Litton Loan Servicing, LP as servicing agent for Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee under the Pooling and Servicing Agreement dated as of February 1, 2007, GSAMP Trust 2007-NC1, hereby certifies that a copy of the Objection to Confirmation of Plan was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on  February 4, 2010, addressed as follows:

| William C. Miller, Trustee<br>111 S. Independence Mall<br>Suite 583<br>Philadelphia, PA  19106<br>*via electronic transmission* | Michael W. Gallagher<br>628 East Germantown Pike<br>Lafayette Hill, PA  19444<br>*via electronic transmission* |
|---|---|

                                                            MILSTEAD & ASSOCIATES, LLC


DATED:  February 4, 2010            By:   s/Renee C. Royer
                                                            Renee C. Royer, Esquire
                                                            Attorney ID No. 207533
                                                            Woodland Falls Corporate Park
                                                            220 Lake Drive East, Suite 301
                                                            Cherry Hill, NJ 08002
                                                            (856) 482-1400
                                                            Attorneys for Movant